IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SHANE GAULT,**

    Petitioner,

v.

**MICHAEL SHEETS, WARDEN,**

    Respondent.

CASE NO. 2:10-CV-790
JUDGE MICHAEL H. WATSON
MAGISTRATE JUDGE E.A. PRESTON DEAVERS

## OPINION AND ORDER

On April 24, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON
United States District Judge